Submitted on record and petitioners' brief December 10, reversed and remanded for reconsideration December 30, 1992

In the Matter of the Compensation of
Robert W. Sterling, Claimant.
## PACIFIC SEAFOOD
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Robert W. STERLING,
*Respondent.*

(WCB 91-07003; CA A75394)

842 P2d 818

Alexander D. Libmann, Trial Counsel, Liberty Northwest Insurance Corporation, Portland, filed the brief for petitioners.

No appearance for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).